Michigan-Charlie Countryman FINAL 30

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|----|-----|------------------------|-----------|-----------|-----|--------|------|----------|
| 1 | 98.209.195.186 | 12/14/13 05:39:45 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Battle Creek | Calhoun |
| 2 | 76.29.112.240 | 12/12/13 01:15:08 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Stevensville | Berrien |
| 3 | 68.42.89.69 | 12/10/13 07:44:40 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Grand Rapids | Kent |
| 4 | 24.1.2.254 | 12/10/13 05:21:37 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Three Oaks | Berrien |
| 5 | 71.238.44.212 | 12/9/13 06:05:07 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Grand Rapids | Kent |
| 6 | 24.176.45.114 | 12/7/13 08:24:53 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Charter Communications | Michigan | Kalamazoo | Kalamazoo |
| 7 | 24.11.19.164 | 12/6/13 11:16:50 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Muskegon | Muskegon |
| 8 | 24.236.212.72 | 12/6/13 12:03:13 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Charter Communications | Michigan | Traverse City | Grand Traverse |
| 9 | 76.112.73.17 | 12/5/13 08:29:18 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Grand Rapids | Kent |
| 10 | 67.177.143.169 | 12/5/13 03:04:24 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Battle Creek | Calhoun |
| 11 | 24.247.129.14 | 12/4/13 08:49:16 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Charter Communications | Michigan | Traverse City | Grand Traverse |
| 12 | 75.134.107.34 | 12/3/13 05:20:13 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Charter Communications | Michigan | Kalamazoo | Kalamazoo |
| 13 | 75.133.197.111 | 12/2/13 05:14:28 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Charter Communications | Michigan | Kalamazoo | Kalamazoo |
| 14 | 98.209.37.178 | 12/1/13 10:51:01 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Grand Rapids | Kent |
| 15 | 76.20.191.71 | 11/29/13 01:13:09 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Lansing | Eaton |
| 16 | 98.243.198.145 | 11/28/13 02:02:40 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Lansing | Eaton |
| 17 | 68.60.56.220 | 11/27/13 11:13:09 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Muskegon | Muskegon |
| 18 | 98.243.213.80 | 11/27/13 06:17:46 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Lansing | Eaton |
| 19 | 71.205.238.35 | 11/26/13 04:35:17 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Muskegon | Muskegon |
| 20 | 107.5.71.181 | 11/25/13 10:06:41 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Lansing | Eaton |
| 21 | 98.243.36.65 | 11/24/13 09:43:41 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Grand Rapids | Kent |
| 22 | 76.29.117.206 | 11/24/13 07:44:12 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Saint Joseph | Berrien |
| 23 | 68.62.83.119 | 11/24/13 05:51:39 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Battle Creek | Calhoun |
| 24 | 23.28.121.46 | 11/23/13 09:51:23 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Michigan | Union City | Branch |
| 25 | 98.250.80.161 | 11/23/13 06:07:48 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Muskegon | Muskegon |
| 26 | 23.28.120.249 | 11/23/13 12:36:25 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Michigan | Union City | Branch |
| 27 | 98.224.206.102 | 11/22/13 11:29:17 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Grand Rapids | Kent |
| 28 | 71.205.164.235 | 11/22/13 11:24:47 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Grandville | Kent |
| 29 | 68.61.137.253 | 11/22/13 12:04:04 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Grand Rapids | Kent |
| 30 | 76.20.136.152 | 11/21/13 09:29:29 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Michigan | Lansing | Eaton |