UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COUNTRYMAN NEVADA, LLC ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 14-cv-00073 |
| ) | |
| v. ) | |
| ) | |
| DOES 1-30 ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS
PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Daniel Macek in support of this motion, Plaintiff respectfully moves for entry of an order granting it leave to serve third party subpoenas prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

DATED:  February 28, 2014        Respectfully submitted,

*/s/ Paul J. Nicoletti*
NICOLETTI LAW, PLC
Paul Nicoletti (P-44419)
33717 Woodward Avenue, #433
Birmingham, MI 48009
Email: pauljnicoletti@gmail.com

ATTORNEY FOR PLAINTIFF
COUNTRYMAN NEVADA, LLC