Countryman Nevada LLC v.Does1-30
United States District Court for the Western District of Michigan
Docket No. 1:14-cv-00073
Order Entered : March 3, 2014
Comcast File #547527

4/17/14

To Whom It May Concern:

    Concerning above case, I object to Comcast disclosing my name, address, and any other information to the issuing court of the subpoena or the representing plaintiff Paul Nicolletti(P-44419) at 36880 Woodward Ave. Suite 100, Bloomfield Hills, Mi 48304.  I am filing this motion to quash or vacate the subpoena  issued by the above court and am notifying Comcast of said decision.

Sincerely,

*[signature]*

**Barbara Seglund**