United States District Court
For the Western District of Michigan
399 Federal Bldg
110 Michigan St NW
Grand Rapids Mi 49503
Docket No. 1:14-cv-00073

FILED - GR
June 24, 2014 9:07 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _ald /_____ SCANNED BY LV / 6/24

June 23,2014

To Whom It May Concern;

   Response sent to Nicoletti Law PLC on June 2, 2014 along with signed waiver.  My response has been ignored.  I now feel signing the waiver was a mistake as I feel I have given up rights with this signature. It was my understanding, as informed by Nicoletti Law, that I was signing this waiver to stop further expenses, not admitting any guilt.  As I informed them, I cancelled my internet services on Jan. 22, 2014, and also no longer have the computer.  It was not my computer and all my grandchildren and some of their friends had access to it.  I do not know how to download movies and this could only be innocent infringement.  I am retired and on social security and feel that I do not have responsibility in this case. I request that as a citizen of the United States, I be granted a trial to prove my innocence.  I have not hired an attorney as I don't have many funds,and if there is any form or further process I need to follow , please inform me as soon as possible.  I only have until July 18, 2014.  Please help me.

                                                            Sincerely,


                                                            Barbara Seglund
                                                            158 N. 23rd St.
                                                            Battle Creek, Mi.  49015
                                                            Phone # 269-969-7621


cc: Nicoletti Law PLC

Paul Nicoletti

33717 Woodward Ave. #433

Birmingham, Mi 48009