## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Countryman Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 14-cv-00073 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-30, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE #22, OWNER OF IP ADDRESS 76.29.117.206

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #22, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 76.29.117.206.

DATED: July 15, 2014

Respectfully submitted,

Countryman Nevada, LLC

By : s/Paul J. Nicoletti
Paul Nicoletti (P-44419)
NICOLETTI LAW, PLC
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Landline: (248) 203-7800
eFax: (248) 928-7051
Email: pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

ATTORNEY FOR PLAINTIFF
DALLAS BUYERS CLUB, LLC