UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRYMAN NEVADA, LLC,

    Plaintiff,

v.

                                   File No. 1:14-CV-73

                                   HON. ROBERT HOLMES BELL

UNKNOWN PARTIES,

    Defendants.
_____/

## **ORDER**

      This is a copyright infringement case involving the alleged unauthorized distribution of a motion picture through an Internet file-sharing program. The matter is presently before the Court on Defendant Barbara Seglund's letter, construed as a Motion for an Order Granting Trial. (ECF No. 13.) As an initial matter, the Court notes that Plaintiff has already demanded a jury trial, and Defendant Seglund's motion is therefore moot.

      Defendant Seglund raises other concerns in her letter. She is concerned that she waived rights or defenses or otherwise admitted guilt by signing a waiver of service. (ECF No. 11.) However, as that waiver states, the only right Defendant Seglund waived was a service of summons. Defendant Seglund goes on to enumerate what appears to be at least a partial list of her defenses, ending with a statement of innocense and a request for help from the Court. While the Court cannot give legal advice, it can extend the time for Defendant Seglund to file an answer or otherwise plead under Rule 12 of the Federal Rules of Civil Procedure, pursuant to Fed. R. Civ. P. 6(b)(1)(A). Because Defendant Seglund has not yet retained counsel, in the interests of justice and a full adjudication of Plaintiff's claims on the merits, the Court will grant Defendant Seglund an additional 60 days file

an answer or other pleading, with or without the assistance of counsel.

    Accordingly,

    **IT IS HEREBY ORDERED** that Defendant Seglund's Motion for an Order Granting Trial (ECF No. 13) is **DENIED** as **MOOT**.

    **IT IS FURTHER ORDERED** that Defendant Seglund has until **September 16, 2014**, to answer Plaintiff's complaint or serve a motion under Fed. R. Civ. P. 12.


Dated: <u>July 21, 2014</u>　　　　　　　　　　　　　<u>/s/ Robert Holmes Bell</u>
　　　　　　　　　　　　　　　　　　　　　　　ROBERT HOLMES BELL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE