UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRYMAN NEVADA, LLC,

      Plaintiff,                        Case No. 1:14−cv−00073−RHB

v.                                    Hon. Robert Holmes Bell

UNKNOWN PART(Y)(IES), et al.,

      Defendants.
_____/

## **ORDER**

      The Plaintiff, Countryman Nevada, LLC, through counsel, having filed a notice of dismissal without prejudice (ECF No. 16) of this matter as to all remaining Defendants, this matter is hereby DISMISSED.

      IT IS SO ORDERED.

Dated:  August 5, 2014                             /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       United States District Judge